In re Henry R.J. Cournoyer, Goodrich Realty Company, David N. Davis, Alan N. Jacobs, Stanley J. Jacobs, Franklin H. Jones, Jr., Walter Ledet, Jr., E. Lawrence Lowery, Jr., Irwin M. Marcus, William I. Monaghan, William E. Shaddock, and Roy I. Sasser, Jr., applying for writs of certiora-ri, prohibition and mandamus, to the Fifteenth Judicial District Court, Parish of Lafayette, No. 840260, from the Third Circuit Court of Appeal, No. 84-447.
Denied.
MARCUS and BLANCHE, JJ., would grant the writ.